# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Gabriel Sauceda ) | Case No: 8:10CR259 |
| ) | USM No: 23621-047 |
| Date of Original Judgment: 05/27/2011 ) | |
| Date of Previous Amended Judgment: ) | Kelly M. Steenbock |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 87 months **is reduced to** 70 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 05/27/2011 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/23/2015

*Judge's signature*

Effective Date: 11/02/2015

Laurie Smith Camp, Chief U.S. District Judge
*(if different from order date)* *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Gabriel Sauceda
CASE NUMBER: 8:10CR259
DISTRICT: District of Nebraska

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 29   Amended Total Offense Level: 27
Criminal History Category: I   Criminal History Category: I
Previous Guideline Range: 87 to 108 months   Amended Guideline Range: 70 to 87 months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

[✓] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS

The Defendant's Unopposed Motion to Reduce Sentence - USSC Amendment (Filing No. 89) is granted and the parties' Stipulation regarding the Unopposed Motion to Reduce Sentence - USSC Amendment (Filing No. 90) is approved.